# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>**TYRONE DEMETRIUS SMITH,**<br><br>　　　　　　　　Defendant. | <br><br><br>CR NO: 1:15-CR-062 DAD<br><br> |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
　　☒ Ad Prosequendum　　　　　　　　☐ Ad Testificandum

Name of Detainee: Tyrone Demetrius Smith
Detained at: Wasco State Prison
Detainee is:　a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
　　　　　　　　　　charging detainee with: 18/922(g)(1)-felon in Possession of a Firearm
　　or　　b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:　a.) ☒ return to the custody of detaining facility upon termination of proceedings
　　or　　b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence
　　　　　　　is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature: /s/ Kimberly A. Sanchez
Printed Name & Phone No: KIMBERLY A. SANCHEZ
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
　　☒ Ad Prosequendum　　　　　　　　☐ Ad Testificandum

　　The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: April 19, 2016　　　　　　　　　　/s/ Barbara A. McAuliffe
　　　　　　　　　　　　　　　　　　　　Honorable Barbara A. McAuliffe
　　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒Male ☐Female | |
| Booking or CDC #: | AZ5935 | DOB: | |
| Facility Address: | Wasco State Prison, Wasco, CA | Race: | |
| Facility Phone: | | FBI#: | |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____　　_____
　　　　　　　　　　　　　　　　　　　　　　(signature)