Jeffrey T. Hammerschmidt, #131113
Mark A. Broughton, #079822
Christina A. Roberson, #284512
Sally S. Vecchiarelli, #305636
HAMMERSCHMIDT BROUGHTON LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, California 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorneys for Defendant, Tyrone D. Smith

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:15-CR-00062-DAD-BAM |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE JUNE 27, 2016 STATUS HEARING TO AUGUST 8, 2016** |
| TYRONE D. SMITH, | Courtroom: 8 |
| Defendant. | Hon. Barbara A. McAuliffe |

   IT IS HEREBY STIPULATED by and between Christina A. Roberson, the attorney for defendant TYRONE D. SMITH, and Kimberly A. Sanchez, Assistant United States Attorney, that the status hearing set for June 27, 2016 at 1:00 p.m. be continued to August 8, 2016 at 1:00 p.m.

   This stipulation is based on good cause.  Kimberly A. Sanchez is not available on June 27, 2016.  Christina A. Roberson requested court reporter transcripts from the Fresno County Superior Court, and has not yet received them.

   For the above stated reasons, the stipulated continuance will conserve time and resources for both the parties and the court, and the delay resulting from this continuance shall be excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h) (7)(A).

IT IS SO STIPULATED.

Dated:  June 20, 2016                                      /s/ Christina A. Roberson
                                                                        CHRISTINA A. ROBERSON
                                                                        Attorney for Tyrone D. Smith

Dated:  June 20, 2016                                      /s/ Kimberly A. Sanchez
                                                                        KIMBERLY A. SANCHEZ
                                                                        Assistant U.S. Attorney

ORDER

IT IS ORDERED that the June 27, 2016 status hearing be vacated.

IT IS ORDERED that the 2nd Status Conference hearing will now occur on **August 8, 2016 at 1:00 p.m.** before Judge McAuliffe.  Time excluded pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated:   **June 20, 2016**                                  /s/ Barbara A. McAuliffe
                                                                        UNITED STATES MAGISTRATE JUDGE