HEATHER E. WILLIAMS, Bar #122664
Federal Defender
PEGGY SASSO, Bar #228906
First Assistant Defender
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:15-CR-00062-ADA-BAM |
| *Plaintiff,* | ) ) ) | **APPLICATION AND ORDER APPOINTING COUNSEL** |
| vs. | ) ) | |
| TYRONE DEMETRIUS SMITH, | ) ) | |
| *Defendant,* | ) ) ) | |

      Defendant Tyrone Demetrius Smith, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel.

      In December 2022, an Order re Petition for Violation of Supervised Release was issued in the above captioned case. Mr. Smith had an initial appearance on the allegations in the Central District of California on November 13, 2024, where the court appointed counsel to represent him and ordered him released on conditions. Counsel is needed in advance of Mr. Smith's arrival in the Eastern District of California to assist with the arrangements for his initial appearance here.

      Mr. Smith submits the Financial Affidavit as evidence of his inability to retain counsel. Therefore, after reviewing his Financial Affidavit it is respectfully recommended that counsel be promptly appointed.

DATED: December 4, 2024                     _/s/  Peggy Sasso_
                                                             PEGGY SASSO
                                                             First Assistant Defender

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel at this time, the Court hereby appoints counsel be promptly appointed, pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated:  **December 4, 2024**          /s/ Barbara A. McAuliffe
                                      UNITED STATES MAGISTRATE JUDGE