**HENNESSY LAW GROUP**
Timothy Hennessy State Bar No. 286317
1217 L Street
Bakersfield, CA 93301
Tel: (661) 237-7179
Fax: (661) 742-1898
Email: tph@hennessyatlaw.com

Attorney for TYRONE DEMETRIUS SMITH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TYRONE DEMETRIUS SMITH,<br><br>Defendant. | No. 1:15-cr-00062-JLT-BAM<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF TIMOTHY HENNESSY AS ATTORNEY OF RECORD AND [PROPOSED ORDER]** |

On December 13, 2024, Tyrone Demetrius Smith was appointed to our office for a Supervised Release Violation. Timothy Hennessy was appointed as counsel to represent Mr. Smith on 1:15-cr-00062-JLT-BAM in his criminal case. Mr. Smith was sentenced on February 24, 2025. The time for filing a direct appeal was March 13, 2025. No direct appeal was filed. Mr. Smith is out of custody. Having completed his representation of Mr. Smith, Timothy Hennessy now moves to terminate his appointment under the Criminal Justice Act.

/
//
///

Should Mr. Smith require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him/her.

Dated: March 14, 2025                                         Respectfully submitted,

/s/*Timothy Hennessy*
Timothy Hennessy
Attorney for Tyrone Demetrius Smith

**[PROPOSED] ORDER**

Having reviewed the notice and found that attorney Timothy Hennessy has completed the services for which he was appointed, the Court hereby grants attorney Timothy Hennessy's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Tyrone Demetrius Smith at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Tyrone Demetrius Smith
4825 E Fillmore Ave
Apt 205
Fresno, CA 93727

**IT IS SO ORDERED**

Dated: March 17, 2025

UNITED STATES DISTRICT JUDGE